IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN P. PARISI and COLLEEN E. PARISI,

    Plaintiffs,

v.

WELLS FARGO HOME MORTGAGE, INC., et al.,

    Defendants.

No. 3:09-CV-2399

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

FILED
SCRANTON
DEC 19 2011
_R_____
DEPUTY CLERK

## ORDER

NOW this 19th day of December, 2011, upon review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 53) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 53) is **ADOPTED**.

(2) Defendant Wells Fargo's unopposed motion for summary judgment (Doc. 48) is **GRANTED** and judgment is **ENTERED** in favor of Defendant Wells Fargo with respect to counts I and II of plaintiff's complaint.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge